(90 South. 547)

No. 24962.

### STATE v. WYANT.

(Jan. 2, 1922.  Rehearing Denied Jan. 30, 1922.)

*(Syllabus by Editorial Staff.)*

Criminal law ⬢ 1106(3)—Appeal dismissed for failure to file transcript within required time.

Where transcript of appeal was filed after return day, and no motion was made to extend time for filing of transcript, and the time for such motion has expired, the appeal will be dismissed.

O'Niell, J., dissenting.

Appeal from Thirtieth Judicial District Court, Parish of Caldwell; F. E. Jones, Judge.

Lee Wyant was convicted for murder, and he appeals. Appeal dismissed.

C. W. Flowers, of Jena, G. T. McSween, Jr., of Shreveport, and G. L. Alford, of Columbia, for appellant.

A. V. Coco, Atty. Gen., and J. B. Thornhill, Dist. Atty., of Columbia (C. P. Thornhill, of Columbia, and T. S. Walmsley, of New Orleans, of counsel), for the State.

OVERTON, J.  Defendant has appealed from a conviction and sentence to life imprisonment for murder.  The appeal was made returnable on the 26th day of September, 1921.  The transcript of appeal was filed in this court on October 17, 1921, three weeks after the return day,  No motion was made to extend the time for filing the transcript, and the time for such a motion has long since expired.

The state has filed a motion to dismiss, based on the above ground.  The motion is well founded.  The transcript should have been filed on or before the day fixed, or an extension of time, within which to file it, should have been seasonably obtained. State v. Saucier, 133 La. 496, 63 South. 602; State v. Cobb, 134 La. 207, 63 South. 877.

For the reasons assigned, it is ordered, adjudged, and decreed that the appeal in this case be dismissed.

O'NIELL, J., dissents.